**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZACHARY THOMAS SPADA,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 26-223 Erie** |
| **v.** | ) | |
| | ) | **District Judge Susan Paradise Baxter** |
| **SEAN BOLT,** | ) | **Magistrate Judge Christopher B. Brown** |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM ORDER

Plaintiff Zachary Thomas Spada initiated this action on September 8, 2026, by filing a motion to proceed *in forma pauperis* ("ifp motion") [ECF No. 1] with an attached one-page *pro se* complaint [ECF No. 1-1]. The matter was referred to United States Magistrate Judge Christopher B. Brown for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff's ifp motion was granted on September 9, 2026, at which time Plaintiff's complaint was formally docketed. [ECF No. 3]. In his complaint, Plaintiff alleges that, on or about September 5, 2018, while a pretrial detainee in Erie County Prison, he was sexually assaulted by Defendant Sean Bolt, a corrections officer.

After reviewing Plaintiff's complaint under the screening provisions of 28 U.S.C. § 1915(e), Judge Brown issued a Report and Recommendation on September 14, 2026, recommending that the complaint be dismissed, with prejudice, because Plaintiff's claim is barred by the applicable two-year statute of limitations and any attempt to amend the complaint would be futile. [ECF No. 4]. No timely objections to the R&R have been filed.

After *de novo* review of the complaint, together with the report and recommendation, the following order is entered:

AND NOW, this 16th day of October, 2026;

IT IS HEREBY ORDERED that this case is DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e), because Plaintiff's claim is barred by the applicable two-year statute of limitations. The report and recommendation of Magistrate Judge Brown, issued September 14, 2026 [ECF No. 4], is adopted as the opinion of the Court.

The Clerk is directed to mark this case CLOSED.

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Christopher B. Brown
United States Magistrate Judge

all parties of record